UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X          21 MC 102 (AKH)
LUIS G. AVILA,

                    Plaintiff,          07-CV-450 (AKH)

    -against-          **NOTICE OF ADOPTION
OF ANSWER TO THE
MASTER COMPLAINT**

120 LIBERTY STREET LLC, et al.

                   Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that defendants, CAMMEBY'S MANAGEMENT

COMPANY, LLC and 32-42 BROADWAY OWNER LLC, by their attorneys, CONWAY,

FARRELL, CURTIN & KELLY, P.C., as and for their response to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above-referenced action, hereby adopt their Answer and

affirmative defenses to the Master Complaint, dated August 3, 2007, which was filed in

the matter of: In Re World Trade Center Lower Manhattan Disaster Site Litigation, 21

MC 102 (AKH).

        **PLEASE TAKE FURTHER NOTICE**, that to the extent the Defendants'

Answer to the Master Complaint does not comprehensively address every specific

allegation within the Check-Off Complaint in the above captioned matter, Defendants,

CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC,

deny knowledge or information sufficient to form a belief as to the truth of each such

allegation.

        **WHEREFORE**,   the   defendants,   CAMMEBY'S   MANAGEMENT

COMPANY, LLC and 32-42 BROADWAY OWNER LLC, demand judgment dismissing

the above-captioned action as against them, together with their costs and

disbursements, and for such other and further relief as this Court may deem just and

proper.

Dated: New York, New York
       September 25, 2007

Yours, etc.
**CONWAY, FARRELL, CURTIN
& KELLY, P.C.**

By:__/s/ Kristin G. Shea_____
       **KRISTIN G. SHEA (KS2897)**
Attorneys for Defendants,
**CAMMEBY'S MANAGEMENT COMPANY,
LLC and 32-42 BROADWAY OWNER LLC**,
48 Wall Street, 20th Floor
New York, New York 10005
(212) 785-2929
[*Electronically  Filed*]

To:

**WORBY GRONER EDELMAN
& NAPOLI BERN, LLP**
Plaintiffs Liaison Counsel
115 Broadway, 12th Floor
New York, New York 10006

All Defense Counsel

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

1.    I am employed by the law firm of Conway, Farrell, Curtin & Kelly, P.C..

2.    On September 25, 2007, I prepared and forwarded copies of the within Notice of Adoption of Answer to the Master Complaint via regular mail upon:

     **WORBY GRONER EDELMAN
     & NAPOLI BERN, LLP**
     Plaintiffs Liaison Counsel
     115 Broadway, 12th Floor
     New York, New York 10006

3.    and caused the document to be electronically mailed via ECF to all defense counsel.

4.    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                              _____/s/  Kristin G. Shea_____
                                 **KRISTIN G. SHEA (KS2897)**