UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

**STIPULATION AND
ORDER OF DISMISSAL**

This order relates to:

07 CV 4450 (AKH)
06 CV 14553 (AKH)
06 CV 12411 (AKH)

-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against defendants, CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that CAMMEBY'S MANAGEMENT COMPANY, LLC and/or 32-42 BROADWAY OWNER LLC is/are a proper party to this suit, plaintiff may reinstitute the action without regards to the applicable statute of limitations, assuming said original action was timely commenced, and is such instance these defendants shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 1, 2007

| | |
|---|---|
| **CONWAY, FARRELL, CURTIN & KELLY, P.C.** | **WORBY GRONER EDELMAN & NAPOLI BERN, LLP** |
| By: _____ | By: _____ |
| **KRISTIN G. SHEA (KGS2897)** | **CHRISTOPHER R. LOPALO (CL6466)** |
| Attorneys for Defendants, | Attorneys for Plaintiff |
| **CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC** | 115 Broadway, 12th Floor |
| 48 Wall Street, 20th Floor | New York, New York 10006 |
| New York, New York 10005 | (212) 587-0031 |
| (212) 785-2929 | |

SO ORDERED: 10/9/07

_____
HON. ALVIN K. HELLERSTEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER             21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

   This order relates to:

   07 CV 4450 (AKH)
   06 CV 14553 (AKH)
   06 CV 12411 (AKH)
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS, CAMMMEBY'S MANAGE MENT COMPANY, LLC AND 32-42 BROADWAY OWNER LLC**

CONWAY, FARRELL, CURTIN & KELLY, P.C.
ATTORNEYS AT LAW
FORTY EIGHT WALL STREET
NEW YORK, NEW YORK 10005
(212) 785-2929