# CONWAY, FARRELL, CURTIN & KELLY, P.C.

ATTORNEYS AT LAW
FORTY EIGHT WALL STREET
NEW YORK, N.Y. 10005-2935

(212) 785-2929
FAX (212) 785-7229

October 25, 2007

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:  21-MC-102 (AKH)
Related docket #'s: 07 CV 4450 (AKH)
  06 CV 14553 (AKH)
  06 CV 12411 (AKH
Our File #:  GAB23002

Dear Judge Hellerstein:

This firm represents the defendants, Cammeby's Management Company, LLC s/h/a Cammeby's Management Co. LLC and 32-42 Broadway Owner LLC, in connection with the above docketed matters.

On October 9, 2007, you had signed a Stipulation and Order of Dismissal discontinuing all claims against my clients. A copy of this stipulation is enclosed.

Since my clients are no longer involved in this litigation, I respectfully request that you direct the Clerk to remove my name and firm from the ECF distribution list.

Thank you for your consideration herein.

Very truly yours,

KRISTIN G. SHEA(KS2897)
KGS:ms-judge-02
enclosure

cc:
Worby Groner Edelman & Napoli Bern, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER                  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

**STIPULATION AND
ORDER OF DISMISSAL**

This order relates to:

07 CV 4450 (AKH)
06 CV 14553 (AKH)
06 CV 12411 (AKH)

------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against defendants, CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that CAMMEBY'S MANAGEMENT COMPANY, LLC and/or 32-42 BROADWAY OWNER LLC is/are a proper party to this suit, plaintiff may reinstitute the action without regards to the applicable statute of limitations, assuming said original action was timely commenced, and is such instance these defendants shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
October 1, 2007

| CONWAY, FARRELL, CURTIN & KELLY, P.C. | WORBY GRONER EDELMAN & NAPOLI BERN, LLP |
|---|---|
| By: _____ | By: _____ |
| KRISTIN G. SHEA (KGS2897) | CHRISTOPHER R. LOPALO (CL6466) |
| Attorneys for Defendants, | Attorneys for Plaintiff |
| CAMMEBY'S MANAGEMENT COMPANY, LLC and 32-42 BROADWAY OWNER LLC | 115 Broadway, 12th Floor |
| 48 Wall Street, 20th Floor | New York, New York 10006 |
| New York, New York 10005 | (212) 587-0031 |
| (212) 785-2929 | |

SO ORDERED: 10/9/07

_____
HON. ALVIN K. HELLERSTEIN